

# Families in Transition

July 12, 2022

Re: Heidi Compos (DOB: 10/12//1967)

To Whom It May Concern,

The Willows Intensive Outpatient Program (IOP) is a treatment program that serves men and women who have co-occurring trauma and addiction disorders and provides support for overall wellness and recovery. The Willows IOP and outpatient Group (OP) consist of up to four months of addiction education, trauma based recovery, mindfulness, relapse prevention, health and wellness, and other classes to build and enhance coping skills. In addition to groups, program participants are required to meet with an individual therapist and case manager on a weekly basis to assist in the growth process.

Willows also provides a Transitional Living Program (TLP) for men and women who are recovering from substance use disorders and trauma. TLP provides a safe, secure residence that creates safety and accountability for men and women working toward recovery. Participants can reside in TLP for up to six months, providing a secure place to work on their life skills.

Ms. Compos participated and completed the IOP, OP and TLP Programs as part of her treatment.

Ms. Compos completed her initial assessment in May 7, 2020 via telehealth while residing in another substance use treatment program. She was evaluated at an IOP level of care upon intake. Ms. Compos moved into TLP services through Willows on May 20, 2020. Ms. Compos began IOP services on May 27, 2020 and was engaged and participatory in treatment. Ms. Compos completed IOP on July 17, 2020 with no substance use. Ms. Compos began outpatient group counseling on July 30, 2020 by attending group sessions. Ms. Compos also consistently attended outpatient counseling and case management sessions. Random urine screens are conducted as a part of treatment, all which were appropriate during her time residing at TLP. Ms. Compos completed the TLP program on November 20, 2020 and moved into the community, residing with a friend.

Ms. Compos remained in contact and engaged with Willows after completing TLP, which is common. In January 2021, June 2021 and November of 2021, Ms. Compos re-engaged in services with Willows at an outpatient level of care. Ms. Compos participated in group treatment, and individual case management sessions during this time. Ms. Compos was balancing her work schedule during this time frame.

Ms. Compos most recently reengaged in services in February 21, 2022 and has been attending outpatient groups which she will be completing on July, 19, 2022. Ms. Compos' individual counseling was assisted by an outside agency. Ms. Compos' treatment goals at this episode was to maintain her abstinence from mood altering substances, and to work toward her legal requirements and recommendations. Random urine screens have been conducted since March and are listed as follows:

| March 21, 2022 | Positive buprenorphine and THC |
| May 3, 2022 | Positive buprenorphine only |
| June 7, 2022 | Positive buprenorphine only |
| July 5, 2022 | Positive buprenorphine only |

Ms. Compos has been engaged, participatory, consistent and collaborative in her treatment at Willows. She is reflective and self-aware of her past journey and how she can continue to work on her own goals. Ms. Compos has completed her treatment goals at this time, and has the awareness should she need to reach out again for additional support. As stated



above, Ms. Compos has completed both intensive outpatient programming, transitional living, and outpatient services with Willows Substance Use Treatment Center.

If you have any further questions or concerns, please do not hesitate to contact me using the contact information below.

Sincerely,

*Sarah Bernier, LICSW MLADC*

Sarah Bernier, LICSW MLADC

603-641-9441 ext. 402
sbernier@fitnh.org