# MEMORANDUM

TO: HEIDI COMPOS CASE FILES
FROM: J ARSENAULT, FPD INVESTIGATOR
RE: INTERVIEW WITH PETER COMPOS
DATE: 10/07/2022

On the above date, this investigator reached out to Peter Compos via telephone. I identified myself as an investigator working with the attorney representing Heidi Compos. These are the statements Peter made during the course of the interview.

Peter is the father of Heidi Compos. Peter said that Heidi was a very active kid who liked animals growing up. He said Heidi had a lot of friends when she was young. Peter took Heidi fishing when she was a young girl and she enjoyed that until she got older and discovered boys. Heidi was 18 years old when she had her son Joshua.

Peter discussed the significant losses Heidi has suffered. Heidi lost her mother in 1997. Peter said this affected her tremendously and Heidi had a hard time letting go and dealing with the fact that her mother was gone. In 2003, Heidi's brother died in car accident. Peter said this was quite tragic. The loss of her brother was difficult for Heidi, and she had a hard time accepting it. Peter said she does not deal with things like that very well. Three years ago, Heidi lost her son, just prior to her arrest for drug charges. Heidi has had a hard time letting him go too. When asked about any other trauma that Heidi has endured, Peter said he knows Heidi had one relationship with a man that got "too physical." This was right after Heidi's son was born. Peter said Heidi said this man beat her and spanked Joshua as a baby, but Peter does not recall all of this.

When Heidi was arrested, she was a "total mess" from her drug use. Peter said you could tell she was constantly using. Heidi would tell Peter she was clean, but he could tell the difference, and Heidi was in rough shape at one point. Back at that point, she was living from one place to the next, always on the move, and she never held a job. Heidi was different person altogether, but Peter does not see that behavior from her anymore.

Peter said that he has seen a 100% change in Heidi. The last three years have been an amazing turnaround for her, and Peter thinks she has been clean during this period of time. Her attitude is totally different, and she is a different person.

Heidi has been working a flagging job that started last summer and picked up again this year. She loves the job, she loves the people and the work, even though it is hard work. Peter said the fact that she has held her job for the past two years is a major change. Heidi used to work jobs where she wanted to be the boss and next thing you know she was looking for a new job. Peter said that had a lot to do with the drugs. Now Heidi shares things about her job with Peter, like how things are going. She really likes the people she's working with, which was not always the case in the past.

Peter is in consistent communication with Heidi, and she calls him on about a weekly basis. Peter sees no signs of drug use from Heidi whatsoever. Peter said that Heidi has a very good memory, and she is very thoughtful about remembering everyone's birthdays and anniversaries. She is also a rock collector, and she goes to fairs and rock swaps to collect. Heidi enjoys this and makes a big deal of it. She's been collecting rocks for 10 to 15 years, but she is more into it now. Peter knows that Heidi is very proud of herself at this point in her life. A few months ago, Heidi bought a car with no help from Peter, and she was proud of herself for that. Heidi looks forward to having her own apartment. Peter said he is certainly proud of what she's done in the past few years.

Peter thinks Heidi understands that this is her last chance, and that she gets the big picture. He thinks she has improved in dealing with the losses of loved ones because she doesn't bring them up as often. Peter said that he thinks Heidi is looking ahead rather than behind at this point in her life.